In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Exterior Street and Other Streets in the Borough of The Bronx.

MABEL POILLON et al., Appellants.

Submitted July 29, 1941; decided July 29, 1941.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by providing that the reversal by this court is " with costs in all courts." (See 285 N. Y. 455.)